UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOSE MANUEL VARGAS-HERNANDEZ,  )<br>)<br>Petitioner,  )<br>)<br>v.  )<br>)<br>BRISON SWEARINGEN Sheriff, Clay County,  )<br>Indiana,  )<br>)<br>Respondent.  )<br>_____  )<br>)<br>YONAHIKA SARAY AVILA URBINA Next  )<br>Friend of Jose Manuel Vargas-Hernandez,  )<br>)<br>Interested Party.  )  | No. 2:26-cv-00096-MPB-MKK |

**ORDER DISMISSING DUPLICATIVE ACTION**

The petition and supporting materials in this case appear identical to those in consists entirely of allegations presented in the amended complaint in *Vargas-Hernandez v. Swearingen*, No. 2:26-cv-00095-JPH-MKK. "Federal courts . . . retain broad powers to prevent duplicative or unnecessary litigation." *Slack v. McDaniel*, 529 U.S. 473, 478 (2000). Therefore, this action is **dismissed without prejudice** as duplicative of the previously filed case. The **clerk is directed** to enter **final judgment**.

IT IS SO ORDERED.

Dated: February 17, 2026

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

JOSE MANUEL VARGAS-HERNANDEZ
CLAY COUNTY JAIL
Inmate Mail/Parcels
611 E. Jackson Street
Brazil, IN 47834

YONAHIKA SARAY AVILA URBINA
10433 S. Campbell Ave.
Chicago, IL 60655